AO 91 (Rev. 08/09) Criminal Complaint                                   AUSA: Adam McMichael

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED by _____ D.C.

JUL 1 8 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America <br> v. <br> STEPHEN ANTHONY PAULSEN <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) Case No. 13-8335-CR-JMH <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 12, 2013 through July 16, 2013  in the county of  Palm Beach  in the  Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b) | Use of any facility or means of interstate commerce to entice, or attempt to entice, a minor under the age of eighteen (18) years old to engage in sexual activity. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*I find probable cause*

Sworn to before me and signed in my presence.

Date:  7-18-13

City and state:   West Palm Beach, Florida

_____
*Complainant's signature*
Brian J. Stafford, Special Agent, HSI
*Printed name and title*

_____
*Judge's signature*
James M. Hopkins, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT
OF CRIMINAL COMPLAINT
BY
SPECIAL AGENT BRIAN J. STAFFORD
DEPARTMENT OF HOMELAND SECURITY**

I, Brian J. Stafford (the "Affiant"), being duly sworn, depose and state:

1.  I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the office of the Assistant Special Agent in Charge, West Palm Beach, Florida, and have been employed by HSI since March of 2007. I have a Bachelor of Science degree in Criminology from Florida State University, and have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. As a Special Agent, I am authorized to investigate violations of Title 18, United States Code, including crimes against children, offenses involving child pornography, and the exploitation of children *via* the Internet.

2.  The facts set forth in this affidavit are based upon my own personal knowledge, information I have obtained during this investigation from others, including other law enforcement officers, my review of documents, and my training and experience. Since this affidavit is being submitted for the sole purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation, but rather, only those facts I believe are necessary to establish probable cause to believe that STEPHEN A. PAULSEN (DOB: 04/10/1959) has violated Title 18, United States Code, Section 2422(b), that is, the use of any facility or means of interstate commerce to entice, or attempt to entice, a minor under the age of eighteen (18) years old to engage in sexual activity.

3.  On or about July 12, 2013, and continuing through July 16, 2013, PAULSEN sent numerous sexually explicit messages *via* a web-based social networking application know as

Grindr.com to an undercover law enforcement officer (hereinafter "UC") posing as a fifteen (15) year old boy. During this period, PAULSEN used the screen name "Tony Texas." Based upon my training and experience, I know Grindr.com to be a social networking application that is typically installed on mobile web-based devices such as an iPhone, iPad, iPod, and Android device which utilizes the device's global positioning system to interact with other members in the user's locality.

4. On or about July 12, 2013, PAULSEN, using the screen name "Tony Texas," stated in his first message to the UC, "Hi (name of UC profile)", "Love emo Bois" "They're so full of intense passion." Based upon my training and experience, I believe the term "bois" to be an alternative spelling of the word "boys." Tony Texas went on to ask what the UC was looking for, to which the UC responded, he did not know. Tony Texas then asked, "So what do you like to do with other guys???" As the text conversation continued, Tony Texas stated he was from Texas and that he was visiting his parents in Boynton Beach. Tony Texas then asked, "So what have you done or like to do w/other guys." In response the UC stated, "Haven't done much :(." Tony Texas then sent a message which stated, "Like newbies so anxious to explore it all . . .", "Especially emo Bois."

5. Approximately an hour and a half into the conversation, Tony Texas sent a message to the UC which stated, "I have to Ask are you out of HS? It's just you state your young . . ." The UC responded that he was still in high school. Tony Texas then asked, "Are you 17??" and the UC responded "-2". Several hours later Tony Texas responded, "Sry I didn't ignore you because of your age. Had a call from work n had to deal with some emails."

6. Further along in the conversation PAULSEN, using the screen name Tony Texas, asked the UC, "So your at least 15 With little or no experience with guys . . . Why do you think

you're gay???" PAULSEN then goes on to ask if the UC plays sports and asked, "In the locker room do you like looking at guys cocks and asses???"

7.  PAULSEN, using the screen name Tony Texas, sent the UC two pictures of what appeared to be drawings of men engaged in sexual activity. The first picture was a drawing of two naked males, one of which had his face in the other male's crotch. The second picture was another drawing of two naked males, one of which had his face in the other male's rectum. Following those pictures, Tony Texas sent a message to the UC which stated, "That's really hot. I love everything oral Both give n get" and he told the UC that the pics were new "jack off material." As the message conversation continued, Tony Texas asked, "Have you tasted a cock yet?" He also asked other graphic questions about the UC's prior sexual encounters. PAULSEN then proceeded to vividly describe various sexual acts that he wanted to do to the UC if he were 18. Further along in the conversation PAULSEN, using the screen name Tony Texas, asked the UC when he would turn 16, to which the UC replied "next month." Tony Texas then sent more images of drawings that were similar in nature to the ones previously described.

8.  The conversation between PAULSEN, using the screen name Tony Texas, and the UC continued through the weekend and onto Monday. On Sunday, July 14, 2013, Tony Texas sent the UC a messages which stated, "Wish you were 17," "Love to teach you some Intense Passionate Man love" and that he was an "Excellent teacher/Mentor Especially with such a Sweet Sexy Stud like you!!!" PAULSEN then sent a message that confirmed he believed the UC was only fifteen (15) years old.

9.  On Tuesday, July 16, 2013, PAULSEN, using the screen name Tony Texas, stated, "Good day to lose your Virginity???" and that the UC is, "such Sweet nectar of the gods

and also jail bait." PAULSEN then sent messages which described what he would do to the UC sexually and asked about sneaking through a window to see the UC.

10. On July 16, 2013, law enforcement officers were able to identify "Tony Texas" as PAULSEN, who is a 54 year-old man from Texas. It should be noted that since his identification, I have learned that PAULSEN was employed as an elementary school principal in Texas and that he was in the Southern District of Florida visiting family.

11. Later on July 16, 2013, PAULSEN, using the screen name Tony Texas, sent a message which asked where the UC was. The UC sent a message reply which stated that he was home alone. PAULSEN responded, "so do you want a visit??" and asks for the UC's address. The UC gave him an address located in Boynton Beach, Florida. PAULSEN then drove his vehicle to the general area of that address while PAULSEN continued to exchange messages with UC about meeting. During those messages, PAULSEN described his vehicle as a white van and stated he was parked in a guest spot near the address given by the UC. Soon after PAULSEN identified his vehicle and location, law enforcement officers intercepted PAULSEN and took him into custody. Search incident to arrest, law enforcement discovered a condom in one of PAULSEN's pockets.

12. Based upon the foregoing, I submit that there is probable cause to believe that STEPHEN ANTHONY PAULSEN violated Title 18, United States Code, Section 2422(b), that is, the use of any facility or means of interstate commerce to entice, or attempt to entice, a minor under the age of eighteen (18) years old to engage in sexual activity.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BRIAN J. STAFFORD
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me
This 18th day of July, 2013.

_____
HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8335-JMH

UNITED STATES OF AMERICA

vs.

STEPHEN ANTHONY PAULSEN,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ADAM MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 772321
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Adam.McMichael@usdoj.gov